IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CARRILLO LARA,<br><br>           Plaintiff,<br><br>    vs.<br><br>J. SULLIVAN, Warden, et al.,<br><br>           Defendants. | 1:06-CV-01584-AWI-WMW-P<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2006, the court ordered plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement, or pay the $350.00 filing fee. On December 12, 2006, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff did not submit a certified copy of his prison trust account statement. See 28 U.S.C. § 1915. Plaintiff will be provided another opportunity to submit a new application to proceed in forma pauperis and

1

1  a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

2        Accordingly, IT IS HEREBY ORDERED that:

3           1. The Clerk's Office shall send to plaintiff the form for application to proceed in
4  forma pauperis.

5           2. Within thirty days of the date of service of this order, plaintiff shall submit a
6  completed application to proceed in forma pauperis and an original certified copy of his prison trust
7  account statement for the six month period immediately preceding the filing of the complaint, or in
8  the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result
9  in a recommendation that this action be dismissed.

10  IT IS SO ORDERED.

11  **Dated:     January 18, 2007**              **/s/  William M. Wunderlich**
    j14hj0                                                   UNITED STATES MAGISTRATE JUDGE

2