1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6           FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    JESUS CARRILLO LARA,                  1:06-CV-01584-AWI-WMW-P

9         Plaintiff,                       ORDER VACATING FINDINGS
                                           AND RECOMMENDATIONS OF
10        vs.                              MARCH 8, 2007
                                           [Doc. 8]
11   J. SULLIVAN, et al.,
                                           ORDER GRANTING MOTION FOR
12        Defendants.                      EXTENSION OF TIME TO FILE CERTIFIED
                                           COPY OF TRUST ACCOUNT STATEMENT
13                                         [Doc. 10]
     _____/
14

15        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.

17        On March 8, 2007, the Magistrate submitted findings and recommendations to United States

18   District Judge Anthony W. Ishii to dismiss plaintiff's case for failure to comply with the court's

19   order for plaintiff to submit a completed application to proceed in forma pauperis and a certified

20   copy of his prison trust account statement.  On March 9, 2007, plaintiff submitted an application to

21   proceed in forma pauperis.  He also filed a motion for an extension of time to submit a certified copy

22   of his prison trust account statement.  Due to plaintiff's submission of the application and the motion

23   for extension of time, the findings and recommendations of March 8, 2007, shall be vacated.  In

24   addition, plaintiff's request for extension of time shall be granted.

25        In accordance with the above, IT IS HEREBY ORDERED that:

26        1.  The findings and recommendations of March 8, 2007, are VACATED; and

27        2.  Plaintiff is GRANTED thirty days from the date of service of this order in which to

28                                           1

1  submit a certified copy of his prison trust account statement for the six month period immediately

2  preceding the filing of the complaint.

3  IT IS SO ORDERED.

4  **Dated:   April 10, 2007**              **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

2