IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS CARRILLO LARA,

        Plaintiff,                  CV F 06 1584 AWI WMW P

   vs.                            ORDER RE MOTION (DOC 10)

J. SULLIVAN, et al.,

        Defendants.

      On January 18, 2007, Plaintiff was directed to complete and submit to the court a completed application to proceed in forma pauperis, along with a certified copy of his trust account statement. Plaintiff failed to do so and on March 8, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to comply. On March 9, 2007, Plaintiff filed his application to proceed in forma pauperis, along with a motion for extension of time in which to file a certified copy of his trust account statement. On April 11, 2007, an order was entered, vacating the findings and recommendations, granting Plaintiff leave to file a copy of his trust account statement. To date, Plaintiff has failed to file a certified copy of his trust account statement.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion for extension of time (doc 10) is granted.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a certified copy of his trust account statement. Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   January 16, 2008**              /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

2