IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS CARRILLO LARA,

    Plaintiff,                           1: 06-CV-1584 AWI WMW PC

    vs.                                  ORDER RE: FINDINGS & RECOMMENDATIONS (#15)

J. SULLIVAN, et al.,               ORDER DISMISSING ACTION

    Defendants.
                                     /

          Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

          On February 27, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

          Accordingly, THE COURT HEREBY ORDERS that:

          1.     The Findings and Recommendations issued by the Magistrate Judge on

February 27, 2008, are adopted in full; and

2. This action is dismissed without prejudice based on plaintiff's failure to obey the court's order of January 16, 2008 and for failure to prosecute. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   April 5, 2008                                  /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE